IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOW 30$^{SM}$ ENHANCED PREMIUM & INCOME FUND, et al., | |
| Plaintiffs, | Case No. 13-CV-5612 |
| v. | Hon. James B. Zagel |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | Magistrate Judge Maria Valdez |
| Defendants. | |

## STIPULATION AND ORDER REGARDING TRANSFER

JAMES B. ZAGEL, UNITED STATES DISTRICT JUDGE:

WHEREAS, Plaintiffs filed a complaint (the "Complaint") in the above-captioned action (the "Action") on August 6, 2013 in this Court;

WHEREAS, on October 25, 2013, this Court entered the Stipulation and Order Regarding Waiver of Service and Schedule (Docket No. 13) (the "Scheduling Order");

WHEREAS, as permitted under the Scheduling Order, on December 23, 2013, Defendants filed their motion to transfer this Action to the United States District Court for the Southern District of New York (the "Southern District of New York") pursuant to 28 U.S.C § 1404(a) (Docket Nos. 32-4) (the "Motion to Transfer");

WHEREAS, pursuant to the Scheduling Order, Plaintiffs have until February 21, 2014 to file their opposition to the Motion to Transfer, and Defendants have until March 24, 2014 to file their reply to Plaintiffs' opposition;

WHEREAS, the Parties have conferred and all Parties agree that (i) venue for this Action would be proper in the Southern District of New York, (ii) this Action is related to *In re American International Group, Inc. 2008 Securities Litigation*, No. 08-CV-4772, pending in the Southern District of New York, and (iii) transferring this Action to the Southern District of New York is convenient for the Parties and witnesses and is in the interest of justice;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

## I. TRANSFER GRANTED

A. The Motion to Transfer is granted and this Action is transferred to the Southern District of New York.

## II. ALL PENDING DATES STRICKEN

A. All pending deadlines and hearings in this matter are stricken from the call.

B. Consistent with the foregoing, the Parties are not required to and will not file any further briefs in this Court regarding the Motion to Transfer.

**SO ORDERED:**

Dated: Chicago, Illinois
February 19, 2014

*James B. Zagel*
James B. Zagel
United States District Judge

***STIPULATED AND AGREED TO BY:***

                              AMERICAN INTERNATIONAL GROUP, INC. and DAVID L. HERZOG

                              By:   /s/ Richard G. Douglass

                                  ***Of Counsel:***

| | |
|---|---|
| Stephen Novack | Joseph S. Allerhand (*pro hac vice*) |
| Richard G. Douglass | Robert F. Carangelo (*pro hac vice*) |
| Amanda M. Hinkley | Stacy Nettleton (*pro hac vice*) |
| NOVACK AND MACEY LLP | Matthew Howatt (*pro hac vice*) |
| 100 North Riverside Plaza | WEIL, GOTSHAL & MANGES LLP |
| Chicago, IL 60606 | 767 Fifth Avenue |
| Tel: (312) 419-6900 | New York, NY 10153 |
| Fax: (312) 419-6928 | Tel: (212) 310-8000 |
| snovack@novackmacey.com | Fax: (212) 310-8007 |
| rdouglass@novackmacey.com | joseph.allerhand@weil.com |
| ahinkley@novackmacey.com | robert.carangelo@weil.com |
| | stacy.nettleton@weil.com |
| | matthew.howatt@weil.com |

                              JOSEPH CASSANO

                              By:   /s/ Lee Dunst
                                   Lee G. Dunst
                                   F. Joseph Warin

                              GIBSON, DUNN & CRUTCHER LLP
                              200 Park Avenue, 47th Floor
                              New York, NY 10166
                              Tel: (212) 351-4000
                              Fax: (212) 351-4035
                              ldunst@gibsondunn.com

                              -and-

                              1050 Connecticut Avenue N.W.
                              Washington, D.C. 20036
                              Tel: (202) 955-8500
                              Fax: (202) 467-0539
                              fwarin@gibsondunn.com

STEVEN J. BENSINGER

By:   /s/ Richard A. Spehr
      Richard A. Spehr
      Joseph De Simone
      Bradford Jealous, III

MAYER BROWN LLP
1675 Broadway
New York, NY  10019
Tel:  (212) 506 2500
Fax:  (212) 262-1910
rspehr@mayerbrown.com
jdesimone@mayerbrown.com
bjealous@mayerbrown.com


MARTIN J. SULLIVAN

By:   /s/ Robert H. Pees
      Robert H. Pees
      Jamison A. Diehl

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
rpees@akingump.com
jdiehl@akingump.com


ANDREW FORSTER

By:   /s/ Richard D. Owens
      Richard D. Owens
      Sadie Holzman Diaz
      Aaron Goldberg

LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
Tel:  (212) 906-1200
Fax:  (212) 751-4864

4

richard.owens@lw.com
sadie.diaz@lw.com
aaron.goldberg@lw.com

ALAN FROST

By: /s/ Thomas Arena
    Thomas Arena
    Dorothy Heyl

MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005
Tel: (212) 530-5000
Fax: (212) 530-5219
tarena@milbank.com
dheyl@milbank.com

ROBERT LEWIS

By: /s/ Michael R. Young
    Michael R. Young
    Antonio Yanez, Jr.
    Mei Lin Kwan-Gett

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
myoung@willkie.com
ayanez@willkie.com
mkwangett@willkie.com

THOMAS PETER ATHAN

By: /s/ Erich O. Groz
    Erich O. Grosz

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000

US_ACTIVE:\44424540\2\14430.0044

Fax: (212) 521-7808
eogrosz@debevoise.com

PLAINTIFFS DOW 30$^{SM}$ ENHANCED PREMIUM & INCOME FUND, et al.

By: /s/ Vivek Jayaram

*Of Counsel:*

Vivek Jayaram
JAYARAM LAW GROUP, LTD.
33 N. LaSalle Street, Suite 2900
Chicago, IL 60602
Tel: (312) 454-2859
vivek@jayaram.com

Daniel P. Chiplock (*pro hac vice*)
Nicholas Diamand (*pro hac vice*)
Douglas I. Cuthbertson (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (212) 355-9500
Fax: (212) 355-9592
dchiplock@lchb.com
ndiamand@lchb.com
dcuthbertson@lchb.com